IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: January 03, 2011

_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30916

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-36039-RJH |
| Troy Joseph Perkins, Jean Ann Perkins<br>  Debtors. | Chapter 7 |
| Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>  Movant,<br>     vs.<br>Troy Joseph Perkins, Jean Ann Perkins, Debtors, Dina Anderson, Trustee.<br>  Respondents. | ORDER<br><br>(Related to Docket #16) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 10, 2005 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Troy Joseph Perkins, Jean Ann Perkins have an interest in, further described as:

PARCEL NO.1:
A portion of the South half of the Northwest quarter of G.L.O. Lot 4, of Section 18, Township 1 South, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
COMMENCING at the Southwest corner of said Section 18:
Thence North 01 degree 12 minutes 10 seconds West, a distance of 822.98 feet along the West line of said Section 18;
Thence North 89 degrees 51 minutes 58 seconds East, a distance of 258.00 feet to the TRUE POINT OF BEGINNING;
Thence continuing North 89 degrees 51 minutes 58 seconds East, a distance of 218.00 feet;
Thence South 01 degree 12 minutes 12 seconds East, a distance of 164.49 feet;
Thence South 89 degrees 51 minutes 11 seconds West, a distance of 218.00 feet;
Thence North 01 degree 12 minutes 11 seconds West, a distance of 164.54 feet to the TRUE POINT OF BEGINNING.
PARCEL NO.2:
An easement for ingress, egress and public utilities, as created by instrument recorded in Document No. 2003-1727015, records of Maricopa County, Arizona, described as follows:
The North 15.00 feet of the following described property:
A portion of the South half of the Northwest quarter of G.L.O. Lot 4, of Section 18, Township 1 South, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
COMMENCING at the Southwest corner of said Section 18;
Thence North 01 degree 12 minutes 10 seconds West, a distance of 822.98 feet along the West line of said Section 18 to the TRUE POINT OF BEGINNING;
Thence North 89 degrees 51 minutes 58 seconds East, a distance of 258.00 feet to a point;
Thence South 01 degree 12 minutes 12 seconds East, a distance of 164.49 feet;
Thence South 89 degrees 51 minutes 11 seconds West, a distance of 218.00 feet;
Thence North 01 degree 12 minutes 11 seconds West, a distance of 164.54 feet to the TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.